sion, Fourth Department. March 7, 1906.) Action by Fred Myers against the town of Gates. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, for the reason that the appeal presents unusual and novel questions as to the duty of the highway commissioner in the peculiar circumstances of this case.

In re NESBITT et al. (Supreme Court, Appellate Division, First Department. March 9, 1906.) In the Matter of Frances S. A. Nesbitt and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re NIAGARA, L. & O. POWER CO. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) In the matter of the application of the Niagara, Lockport & Ontario Power Company to acquire real estate property of Ella J. Weaver. No opinion. Judgment and orders affirmed, with costs.

O'CONNELL, Respondent, v. UTICA & M. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Mary O'Connell against the Utica & Mohawk Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., vote for reduction of the verdict.

OHLAU, Appellant, v. LEMCKE, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Charles H. Ohlau against Bertha Lemcke. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

OLCOTT et al. v. BALDWIN et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by J. Van Vechten Olcott and James W. B. Rockwell, as executors, etc., against William D. Baldwin, individually and as surviving executor, etc., and others. No opinion. Judgment modified, by reducing the sum allowed the plaintiffs and the defendant William D. Baldwin, for commissions as executors, from the sum of $2,151.32, to the sum of $2,029.96, and, as modified, affirmed, with costs to all parties payable out of the estate.

OLSEN, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Andrew Olsen against Mary Dawson Henderson. No opinion. Motion for reargument granted, and case set down for Monday, May 7, 1906.

OSBORN, Appellant, v. CARDEZA et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Judgment affirmed, with costs.

O'SHAUGHNESSY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by James O'Shaughnessy against the city of New York. B. H. Ames, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OSMULSKI, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John Osmulski against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

OWEN, Appellant, v. WHITEHOUSE, Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Percy Owen against James Whitehouse.

PER CURIAM. We think the defect complained of was an irregularity merely, amendable under section 721 et seq. of the Code of Civil Procedure; and, as it clearly appears that the defendant was not misled, the motion to vacate the attachment should have been denied. The order appealed from is reversed, with $10 costs and disbursements, and the motion denied, with costs.

JENKS, J., dissents.

In re PACE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Charles A. S. Pace for admission to the bar. No opinion. Application granted and order signed.

PARISH, Appellant, v. ULSTER & D. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Harriet M. Parish against the Ulster & Delaware Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

PEACOCK, Respondent, v. BAILEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Samuel J. Peacock against Thomas Bailey. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. COUCHOIS, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against Garrett J. Couchois. W. W. Cantrell, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. DOLAN. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against James F. Dolan. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. ECKERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Proceed-